Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SIERRA RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ILIANA HURTADO, an individual, <br><br> Defendants. | Case No.: 2:17-cv-03052-JCM-GWF <br><br> **STIPULATION AND ORDER TO STAY LITIGATION AND DISCOVERY BASED ON PENDING MEDIATION** |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), and Defendants SFR Investments Pool 1, LLC ("SFR") and Sierra Ranch Homeowners Association ("Sierra Ranch") (collectively, the "Parties"),[1] by and through their respective undersigned counsel, stipulate as follows:

1.  The instant action was filed on December 12, 2017, and amended complaint was subsequently filed on March 28, 2018. [ECF Nos. 1 and 8.]

---

[1] Defendant Iliana Hurtado has not appeared in this action.

1

2. SFR and Sierra Ranch each filed separate motions to dismiss the First Amended Complaint on April 19, 2018 and April 27, 2018, respectively. [ECF Nos. 13 and 14.] SFR's motion is fully briefed, and Sierra Ranch's motion is expected to be fully briefed on or before May 18, 2018.

3. As the case is still in its early stages, the Parties have not yet submitted a proposed discovery plan and scheduling order for the Court's consideration.

4. In the meantime, Chase and SFR have recently agreed to include this matter in a bulk mediation scheduled to take place on June 6, 2018.

5. Given this scheduled mediation, and to avoid wasting resources and incurring potentially unnecessary expense associated with discovery, the Parties agree to, and hereby request, a temporary stay of this case, including a stay of the deadlines to hold a conference pursuant to Fed. R. Civ. P. 26(f) and to submit a proposed discovery plan and scheduling order, while the Parties explore settlement. The Parties agree that they will have until June 15, 2018 to either stipulate to lift the stay, or to request a further stay of the matter in the event a settlement is reached.

. . .

. . .

. . .

. . .

. . .

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

6. The Parties make this stipulation in good faith and not for purposes of delay.

| Dated this 17th day of May, 2018. | Dated this 17th day of May, 2018. |
|---|---|
| SMITH LARSEN & WIXOM | KIM GILBERT EBRON |
| /s/*Katie M. Weber* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> Katie M. Weber, Esq. <br> Nevada Bar No. 11736 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Attorneys for Plaintiff <br> JPMorgan Chase Bank, N.A. | /s/*Diana S. Ebron* <br> Diana S. Ebron, Esq. <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert, Esq. <br> Nevada Bar No. 10593 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> Attorney for Defendant <br> SFR Investments Pool 1, LLC |
| | Dated this 17th day of May, 2018. |
| | LEACH JOHNSON SONG & GRUCHOW |
| | /s/*Ryan D. Hastings* <br> Sean L. Anderson, Esq. <br> Nevada Bar No. 7529 <br> Ryan D. Hastings, Esq. <br> Nevada Bar No. 12394 <br> 8945 W. Russell Rd., Ste. 330 <br> Las Vegas, Nevada 89148 <br> Attorneys for Defendant <br> Sierra Ranch Homeowners Association |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: May 24, 2018

3

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2018, a true copy of the foregoing **Stipulation and [Proposed] Order to Stay Litigation and Discovery Based on Pending Mediation** was filed and served electronically via the Court's CM/ECF system to the following:

>Diana S. Ebron, Esq.
>Jacqueline A. Gilbert, Esq.
>Karen L. Hanks, Esq.
>7625 Dean Martin Drive, Suite 110
>Las Vegas, Nevada 89139
>diana@kgelegal.com
>Jackie@kgelegal.com
>Karen@kgelegal.com
>Attorneys for Defendant
>SFR Investments Pool 1, LLC
>
>Sean L. Anderson, Esq.
>Ryan D. Hastings, Esq.
>Leach Johnson Song & Gruchow
>8945 W. Russell Road, Ste. 330
>Las Vegas, NV 89148
>sanderson@leachjohnson.com
>rhastings@leachjohnson.com
>Attorneys for Defendant
>Sierra Ranch Homeowners' Association

/s/ Mindy Warner
an employee of Smith Larsen & Wixom

4