Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT\
# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SIERRA RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ILIANA HURTADO, an individual, <br><br> Defendants. | Case No.: 2:17-cv-03052-JCM-GWF <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY OF LITIGATION AND DISCOVERY BASED ON PENDING SETTLEMENT** |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), and Defendants SFR Investments Pool 1, LLC ("SFR") and Sierra Ranch Homeowners Association ("Sierra Ranch") (collectively, the "Parties"),[1] by and through their respective undersigned counsel, stipulate as follows:

1. On May 24, 2018, the Court entered a Stipulation and Order to Stay Litigation and Discovery Based on Pending Mediation. (ECF No. 25.)

---

[1] Defendant Iliana Hurtado has not appeared in this action.

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

2. At the time of the mediation on June 6, 2018, Chase and SFR were able to come to an agreement and are in the process of finalizing settlement.

3. Additionally, Chase and Sierra Ranch are discussing a possible resolution of this matter.

4. Given the pending settlement between Chase and SFR, and the settlement discussions between Chase and Sierra Ranch, and in an effort to avoid wasting resources and incurring potentially unnecessary expense associated with discovery, the Parties agree to, and hereby request, an extended stay of this case.

5. The Parties make this stipulation in good faith and not for purposes of delay.

| Dated this 15th day of June, 2018. | Dated this 15th day of June, 2018. |
|---|---|
| SMITH LARSEN & WIXOM | KIM GILBERT EBRON |
| /s/*Katie M. Weber*<br>Katie M. Weber, Esq.<br>Nevada Bar No. 11736<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiff<br>JPMorgan Chase Bank, N.A. | /s/*Diana S. Ebron*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Attorney for Defendant<br>SFR Investments Pool 1, LLC<br><br>Dated this 15th day of June, 2018.<br><br>LEACH JOHNSON SONG & GRUCHOW<br><br>/s/*Ryan D. Hastings*<br>Ryan D. Hastings, Esq.<br>Nevada Bar No. 12394<br>8945 W. Russell Rd., Ste. 330<br>Las Vegas, Nevada 89148<br>Attorneys for Defendant<br>Sierra Ranch Homeowners Association |

**IT IS SO ORDERED:** /s/ George Foley Jr.

UNITED STATES MAGISTRATE JUDGE

DATED: 6-18-2018

2