UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JP MORGAN CHASE BANK, N.A.,

                      Plaintiff(s),

     v.

SFR INVESTMENTS POOL 1, LLC, et al.,

                     Defendant(s).

Case No. 2:17-CV-3052 JCM (GWF)

ORDER

     Presently before the court is the matter of *JPMorgan Chase Bank, N.A. v. SFR Investments Pool 1, LLC et al*, case no. 2:17-cv-03052-JCM-GWF.

     On October 30, 2018, the parties filed a joint status report indicating that they had reached a settlement and anticipated filing a stipulation of dismissal "within approximately sixty (60) days.  (ECF No. 33).  However, as of the date of this order, no such stipulation has been filed.

     The court therefore orders the parties to file a joint status report.

     Accordingly,

     IT IS HEREBY ORDERED that the parties shall file a joint status report within fourteen (14) days of the date of this order indicating the status of the current action.  Failure to file a timely joint status report may result in dismissal of this case.

     DATED January 9, 2019.

                                      *James C. Mahan*
_____
UNITED STATES DISTRICT JUDGE