Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
        kw@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT\**

**DISTRICT OF NEVADA**

JPMORGAN CHASE BANK, N.A.,

Plaintiff,

v.

SFR INVESTMENTS POOL 1, LLC, a Nevada
limited liability company; SIERRA RANCH
HOMEOWNERS ASSOCIATION, a Nevada
non-profit corporation; ILIANA HURTADO, an
individual,

Defendants.

Case No.: 2:17-cv-03052-JCM-GWF

**STIPULATION AND
ORDER DISMISSING CLAIMS
AGAINST DEFENDANT SFR
INVESTMENTS POOL 1, LLC
WITH PREJUDICE**

Plaintiff JPMorgan Chase Bank, N.A. ("Chase") and Defendant SFR Investments Pool

1, LLC ("SFR"), by and through their respective counsel of record, hereby stipulate that:

    (1)    Chase hereby dismisses all claims asserted herein against SFR with prejudice;

and

    (2)    Chase and SFR shall each bear its own respective fees and costs; and

. . .

. . .

1

(3)     The dismissal set forth herein pertains to the claims asserted against SFR only, and does not pertain to any other party herein.

| | |
|---|---|
| Dated this 17th day of January, 2019. | Dated this 17th day of January, 2019. |
| SMITH LARSEN & WIXOM | KIM GILBERT EBRON |
| /s/*Katie M. Weber* | /s/ *Jacqueline A. Gilbert* |
| Kent F. Larsen, Esq. | Diana S. Ebron, Esq. |
| Nevada Bar No. 3463 | Nevada Bar No. 10580 |
| Katie M. Weber, Esq. | Jacqueline A. Gilbert, Esq. |
| Nevada Bar No. 11736 | Nevada Bar No. 10593 |
| 1935 Village Center Circle | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89139 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| JPMorgan Chase Bank, N.A. | SFR Investments Pool 1, LLC |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
January 23, 2019
DATE:_____

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006