Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
kw@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SIERRA RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ILIANA HURTADO, an individual, <br><br> Defendants. | Case No.: 2:17-cv-03052-JCM-GWF <br><br> **STIPULATION AND ORDER FOR DISMISSAL AS TO DEFENDANT ILIANA HURTADO ONLY** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff JPMorgan Chase Bank, N.A. ("Chase") and Defendant Iliana Hurtado ("Ms. Hurtado"), by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

1. On March 28, 2018, Chase filed its First Amended Complaint in this action, naming Ms. Hurtado as a potentially necessary party to its claims for declaratory judgment and quiet title.

2. Chase now agrees to voluntarily dismiss Ms. Hurtado from this action.

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

3. Although Ms. Hurtado is no longer a party to this action, Ms. Hurtado agrees that she shall be bound by, and cooperate in the enforcement of, any final judgment entered in this case regarding quieting title or granting declaratory relief as between Chase and Defendant SFR Investments Pool 1, LLC regarding their respective interests in that certain real property commonly known as 216 Icy River Avenue, North Las Vegas, Nevada 89031 (APN 124-27-612-016).

4. Ms. Hurtado further agrees to respond to any third party discovery that Chase may propound on her, in accordance with any orders entered in this case and the Federal Rules of Civil Procedure.

5. Ms. Hurtado and Chase shall each bear her or its own attorneys' fees and costs, if any, incurred in this matter.

Dated this 28th day of January, 2019.  Dated this 28th day of January, 2019.

SMITH LARSEN & WIXOM                MORRIS LAW CENTER

*/s/ Katie M. Weber*                      */s/ Brian A. Morris*
Kent F. Larsen, Esq.                      Brian A. Morris, Esq.
Nevada Bar No. 3463                       Nevada Bar No. 11217
Katie M. Weber, Esq.                      5450 W. Sahara Ave., Ste. 330
Nevada Bar No. 11736                      Las Vegas, NV 89146
1935 Village Center Circle                Attorney for Defendant
Las Vegas, Nevada 89134                   Iliana Hurtado
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: February 4, 2019

2