UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., | Case No. 2:17-CV-3052 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Presently before the court is defendant SFR Investments Pool 1, LLC's ("SFR") motion to dismiss. (ECF No. 13).

Also before the court is defendant Sierra Ranch Homeowners Association's ("the HOA") motion to dismiss. (ECF No. 14).

On January 23, 2019, the court granted the parties' stipulation to dismiss SFR from this action with prejudice. (ECF No. 36). On the same day, the parties filed a joint status report indicating that the parties have reached a settlement and intend to file a dismissal of this action "within approximately seventy-five (75) days." (ECF No. 37 at 2).

Accordingly, the court will deny SFR's motion to dismiss as moot. Additionally, the court will dismiss the HOA's motion to dismiss, without prejudice to the HOA's ability to renew its motion should the settlement not materialize.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that SFR's motion to dismiss (ECF No. 13) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the HOA's motion for to dismiss (ECF No. 14) be, and the same hereby is, DENIED, without prejudice.

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that the parties shall submit a joint status report or notice of
2 dismissal to the court within seventy-five (75) days of the date of this order.  Failure to submit a
3 joint status report or notice of dismissal may result in dismissal of this case.
4  DATED February 4, 2019.

_____
UNITED STATES DISTRICT JUDGE