UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., | Case No. 2:17-CV-3052 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *JPMorgan Chase Bank, N.A. v. SFR Investments Pool 1, LLC et al*, case no. 2:17-cv-03052-JCM-GWF.

On April 19, 2019, the parties filed a joint status report indicating that a settlement had been reached in this matter. (ECF No. 41). However, the parties requested that the case remain open an additional 90 days to give them the opportunity to finalize the agreement. *Id.*

Since that date, no further filings have been made. Therefore, the parties are hereby ordered to file, within fourteen (14) days from the date of this order, either a joint status report indicating the status of the settlement or an appropriate stipulation of dismissal.

Accordingly,

IT IS SO ORDERED.

DATED July 30, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**