Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT\

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SIERRA RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ILIANA HURTADO, an individual, <br><br> Defendants. | Case No.: 2:17-cv-03052-JCM-GWF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SIERRA RANCH HOMEOWNERS ASSOCIATION ONLY** |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), and Defendant Sierra Ranch Homeowners Association ("Sierra Ranch") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. This action concerns a lien foreclosure sale (the "HOA Foreclosure Sale") conducted by Leach Kern Gruchow Anderson Song, LTD. ("Leach Kern"), on behalf of Sierra Ranch, on December 12, 2013, with respect to certain real property commonly known as 216 Icy River Ave., North Las Vegas, NV 89031 (APN 124-27-612-016) (the "Property").

1

2. As it relates to the Parties, a dispute arose regarding the validity of the HOA Foreclosure Sale.

3. This Stipulation and Order is the result of a compromise resolution of this action and shall not constitute or be construed as an admission of the facts or legal conclusions at issue in this action, or an admission as to the validity of the allegations in future actions.

4. The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them, with prejudice, with each party to bear its own attorneys' fees and costs.

5. Chase and its servicer, Select Portfolio Servicing, Inc., maintain that they are the proper recipients of the funds held as excess proceeds by Leach Kern, in the amount of $9,557.33, as a result of the HOA Foreclosure Sale.

Dated this 9th day of August, 2019.                Dated this 9th day of August, 2019.

SMITH LARSEN & WIXOM                               LEACH KERN GRUCHOW ANDERSON SONG

/s/ *Katie M. Weber*                               /s/ *Ryan D. Hastings*
Kent F. Larsen, Esq.                               Sean L. Anderson, Esq.
Nevada Bar No. 3463                                Nevada Bar No. 7259
Katie M. Weber, Esq.                               Ryan D. Hastings, Esq.
Nevada Bar No. 11736                               Nevada Bar No. 12394
1935 Village Center Circle                         2525 Box Canyon Dr.
Las Vegas, Nevada 89134                            Las Vegas, Nevada 89128
Attorneys for Plaintiff                            Attorneys for Defendant
JPMorgan Chase Bank, N.A.                          Sierra Ranch Homeowners Association

## **ORDER**

Based on the above stipulation between Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), and Defendant Sierra Ranch Homeowners Association ("Sierra Ranch"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all claims brought by Chase as against Sierra Ranch are dismissed with prejudice.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that Leach Kern Gruchow Anderson Song, Inc. shall disburse the $9,557.33 in excess proceeds from the HOA Foreclosure Sale to Chase or its servicer, Select Portfolio Servicing, Inc.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: August 13, 2019