Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
          kw@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SIERRA RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ILIANA HURTADO, an individual, <br><br> Defendants. | Case No.: 2:17-cv-03052-JCM-GWF <br><br> **ORDER RELEASING SECURITY BOND** |

On April 4, 2018, counsel for Plaintiff JPMorgan Chase Bank, N.A. ("Chase") deposited a cash bond in the amount of $500.00 with the Clerk of the Court pursuant to NRS 18.130. (*See* ECF Nos. 11 and 12.)

As this matter has now been fully resolved and dismissed as against all named defendants (*see* ECF Nos. 36, 39, and 45), it is hereby ordered that the cash bond on deposit

1

with the Clerk of the Court in the sum of Five Hundred Dollars ($500.00) be released to Chase through its counsel of record, Smith Larsen & Wixom.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: August 29, 2019